FILED

07/29/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0353

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0353

EDWARD ZABROCKI,

      Petitioner and Appellant,

    v.

THE TEACHERS' RETIREMENT
SYSTEM OF THE STATE OF
MONTANA,

      Respondent and Appellee.

**SECOND ORDER
OF MEDIATOR APPOINTMENT**

Marc G. Buyske, the mediator previously appointed in this matter, has notified the Court that he declines the appointment. Accordingly, Mr. Buyske's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **Alice J. Hinshaw, 1 N Last Chance Gulch, Suite 1, Helena, MT 59601, (406)442-1925, alice@hinshawlaw.net,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgment appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 29th day of July, 2020.

_____
Bowen Greenwood, Clerk of the Supreme Court